In the Matter of the Will of THEODORE O. HAMLIN, Deceased. AMERICAN BIBLE SOCIETY et al., Appellants; ESTHER H. COVILL, Respondent.— Decree so far as appealed from modified on the law by striking therefrom that portion of the third ordering paragraph marked therein " IV " and as so modified affirmed, without costs of this appeal to any party. Memorandum: The instrument of July 5, 1933, signed by Edith Hamlin Covill, is an acknowledgement of an advance of money payable only (unless she otherwise consented) after her death. The provisions of paragraph " THIRD " of the last will and testament of the testator made such advance (unless Mrs. Covill otherwise consented) not only payable after her death but solely from her interest, if any, in the residue of her father's estate. As there was no definite proof of value of the estate before the Surrogate and this is not an accounting proceeding (*Matter of Apple,* 141 Misc. 380; *Matter of Lord,* 155 Misc. 628), that portion of the decree below contained in the third ordering paragraph and marked " IV " was not a necessary or proper provision. All concur. (The portion of the decree appealed from construes a will.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 732.]

JENELL REALTY COMPANY, INC., Respondent, v. LULU H. METZ, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs, on the ground that the plaintiff did not make a sufficient showing to entitle it to summary judgment. All concur. (The order strikes out defendant's answer and awards plaintiff summary judgment in an action by an assignee to foreclose a mortgage.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

ADIRONDACK CORE AND PLUG COMPANY, Respondent, v. J. BRADBURY GERMAN, JR., Individually and as Sheriff of Oneida County, et al., Appellants.— On reargument judgment modified on the law by striking therefrom the words " and as Substituted Trustee of the Estate of Michael Link, Deceased ", and as modified the judgment together with the orders is affirmed, without costs of this appeal to any party. (See *Kirchner* v. *Muller,* 280 N. Y. 23.) All concur. (The judgment is for plaintiff in a replevin action. One order strikes out the answers of defendants and directs the jury to assess damages; one order denies leave to defendant Link to serve amended answers.) [See *ante,* p. 845.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EVA RARICK, Respondent, v. LLOYD C. BRISTOL, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [181 Misc. 1068.] [See 269 App. Div. 727.]

MARYLAND CASUALTY COMPANY, Respondent, v. 16 NORTH GOODMAN STREET, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post,* p. 1077.]

In the Matter of the Will of JOHN A. PFERD, Deceased. CHARLES M. LYMAN et al., Appellants; AMELIA E. PFERD, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 886.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.